**UNITED STATES DISTRICT COURT**

Northern District of California

| | |
|---|---|
| HOSTING INC, | |
| Plaintiff(s), | No. C 09-01820 MEJ |
| v. | **ORDER VACATING CMC** |
| OSO GRANDE TECHNOLOGIES, | |
| Defendant(s). | |
| _____/ | |

Plaintiff's counsel having advised the Court that this matter has settled, the August 6, 2009 Case Management Conference is hereby VACATED.  Within 30 days from the date of this Order, Plaintiff shall file a voluntary dismissal or request that the matter be placed back on calendar.

**IT IS SO ORDERED.**

Dated: August 3, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge