UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOSTING INC

           Plaintiff(s),                     No. 09-01820 MEJ

   v.                                     **CONDITIONAL ORDER OF DISMISSAL**

OSO GRANDE TECHNOLOGIES
           Defendant(s).
_____/

Plaintiff in the above-captioned matter has advised the Court that the parties have agreed to a settlement of this case.  Accordingly, IT IS HEREBY ORDERED that this cause of action be dismissed with prejudice; provided, however that if any party hereto shall certify to this Court, within sixty days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated:  September 23, 2009

                                          _____
                                          Maria-Elena James
                                          Chief United States Magistrate Judge